UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| ERICK FITZGERALD THOMAS<br>LA. DOC #197078 | CIVIL ACTION NO. 09-1217 |
| VERSUS | JUDGE MELANÇON |
| MICHAEL NEUSTROM, ET AL. | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Methvin for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C §§1915(e)(2)(B)(i) and 1915A(b)(1).

**THUS DONE AND SIGNED** this 15th day of December, 2009 at Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE